UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:25–cv–08147–MWF–AJR          Date   November 7, 2025

Title    MIRIAM MALDONADO V. JD'S HAIR STUDIO ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                      Not Reported;
Courtroom Deputy                               Court Reporter

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 10/30/25, the Court sets a hearing on Order To Show Cause Re Dismissal for December 15, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs